# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDRA THOMAS,** : | |
| o/b/o D.D.T. : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-0019** |
| : | |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN,**[1] : | |
| **Acting Commissioner of the** : | |
| **Social Security Administration** : | |
| **Defendant** : | |

## O R D E R

In light of the memorandum issued this day, **IT IS HEREBY ORDERED THAT** plaintiff's appeal of the decision of the Commissioner, (Doc. No. 8), is **DENIED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0019-01-order.wpd

---

[1]On February 14, 2013, Carolyn Colvin became acting Commissioner of the Social Security Administration. Pursuant to Fed.R.Civ.P. 25(d), she has been substituted as the defendant.